UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TONY TRUJILLO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. F. SALAZAR, WARDEN,<br><br>　　　　Respondent. | NO. SACV 06-1252 AG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: Aug 23, 2008

_____
ANDREW J. GUILFORD
United States District Judge